IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>Defendant, | Civil Action No. 11-cv-01014-AWI-GSA<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION FOR EXPEDITED DISCOVERY** |

1    THIS MATTER having come before this Court on Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems (HCS) Ex Parte Application for Order Shortening Time for Hearing on Motion for Expedited Discovery, and upon consideration of that Application, and the supporting Declaration of Ronald S. Katz, and the entire record herein,

IT IS HEREBY ORDERED, THAT HCS's Application for Order Shortening Time is **GRANTED**;

IT IS FURTHER **ORDERED** THAT HSC's Motion for Expedited Discovery shall be subject to the following briefing and hearing schedule:

1. The parties are not required to file a Joint Statement of Discovery Dispute in connection with the Motion to Expedite;

2. Defendants' Opposition to HCS's Motion for Expedited Discovery is due by 2:00 p.m. on June 23, 2011. The pleading shall not exceed twenty-five pages in length, excepting exhibits;

3. The hearing for HCS's Motion for Expedited Discovery shall be heard on **Monday, June 27, 2011**, at **10:30 a.m. in Courtroom 10.**

4. HCS shall serve a copy of this Order on TZG by 2:00 p.m. on Tuesday, June 21, 2011.

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as stated above.

IT IS SO ORDERED.

Dated:   **June 20, 2011**               **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE