MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Cal. Bar No. 160648)
E-mail:  rbecker@manatt.com
RONALD S. KATZ (Cal. Bar No. 085713)
E-mail:  rkatz@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Cal. Bar No. 164751)
E-mail:  cwanger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiff
AGENCY SOLUTIONS.COM, LLC d.b.a.
HEALTHCONNECT SYSTEMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS,<br><br>            Plaintiff,<br><br>      v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>            Defendant, | Civil Action No. 11-cv-01014-AWI-GSA<br><br>**STIPULATION AND ORDER FOR EXPEDITED DISCOVERY** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300307047.2

STIPULATION RE: EXPEDITED DISCOVERY
CIVIL ACTION NO. 11-CV-01014-AWI-GSA

1      WHEREAS, on June 17, 2011, Plaintiff Agency Solutions.com, LLC d.b.a.
2 HealthConnect Systems (HCS) filed a Motion for Expedited Discovery from Defendant The
3 TriZetto Group, Inc. (TZG) to be heard on June 27, 2011 (Dkt.# 6-0);
4      WHEREAS, on June 24, 2011, the Court issued a Minute Order indicating that the June
5 27, 2011 hearing was taken off calendar and that the Court would issue a written order on HCS's
6 Motion for Expedited Discovery (Dkt.# 17);
7      WHEREAS, on June 24, 2011, HCS and TZG, through counsel, reached agreement as to
8 certain expedited discovery that HCS will obtain from TZG (as described below), as well as
9 certain expedited discovery that TZG will obtain from HCS (as described below);
10     WHEREAS, on June 24, 2011, HCS, through counsel, informed the Court that the parties
11 had reached agreement as to certain expedited discovery and that the Court need not issue a
12 written order on HCS's Motion for Expedited Discovery;
13     NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE UNDERSIGNED THAT:
14     1.    TZG has accepted service of the Rule 30(b)(6) deposition notice attached as
15 Exhibit A to HCS's Motion for Expedited Discovery (Dkt.# 6-1) (as well as Exhibit 1
16 thereto filed under seal), and TZG will make its Rule 30(b)(6) witness(es) available for
17 deposition on July 7, 2011 at the offices of TZG's counsel in Orange County.
18     2.    TZG has accepted service of the Rule 34 document request attached as Exhibit B
19 to HCS's Motion for Expedited Discovery (Dkt.# 6-2), and TZG will make a production
20 of documents responsive to HCS's Rule 34 document request at least one day in advance
21 of the Rule 30(b)(6) deposition of TZG;
22     3.    HCS will make Daniel Masciopinto available for deposition on June 30, 2011 at
23 the offices of HCS's counsel in Palo Alto regarding the following topics: (a) The matters
24 set forth in his Declaration in Support of Preliminary Injunction (Dkt.# 5-8) (including
25 exhibits thereto and any portion of the declaration or exhibits filed under seal) and
26 Appendix 1 to the Complaint; (b) What were HCS's contributions to QuoteToCard; (c)
27 What portions of QuoteToCard, if any, are HCS's, TZG's, jointly HCS's-TZG's under the
28 terms of paragraph 8 of the Agreement; (d) The people with whom Mr. Masciopinto

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300307047.2                                          1                STIPULATION RE: EXPEDITED DISCOVERY
                                                                      CASE NO. 11-CV-01014-AWI-GSA

worked on QuoteToCard; (e) Who are HCS's competitors as that term is used in the Agreement; and (f) current use and plans for use by HCS of the portions of QuoteToCard that HCS developed under the Agreement.  HCS's counsel agrees to accept service of a deposition notice for Mr. Masciopinto regarding the above referenced topics.

4.     TZG is not now seeking any document production from HCS in connection with the deposition of Mr. Masciopinto.  HCS agrees to comply with any reasonable request by TZG for production of documents in connection with the deposition of Mr. Masciopinto, if HCS is given sufficient time to comply.

5.     HCS and TZG agree that all the expedited discovery referenced in this stipulation is without prejudice to either HCS or TZG later seeking other discovery, including without limitation the depositions of the individuals produced for this limited purpose.

6.     HCS and TZG will, through counsel, further meet and confer regarding a protective order for this case.

**IT IS SO STIPULATED**

Dated:     June 24, 2011.                    MANATT, PHELPS & PHILLIPS, LLP

By:     /s/ Ronald S. Katz
    Robert D. Becker (SBN 160648)
    Ronald S. Katz (SBN 085713)
    MANATT, PHELPS & PHILLIPS, LLP
    1001 Page Mill Road, Building 2
    Palo Alto, CA  94304-1006
    Telephone: (650) 812-1300
    Facsimile:  (650) 213-0260

Christopher Wanger (SBN 164751)
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

*Attorneys for Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems*

1  Dated:      June 24, 2011.                    SHEPPARD, MULLIN, RICHTER &
2                                                HAMPTON LLP

3                                                By:   /s/ Brian M. Daucher
                                                       BRIAN M. DAUCHER
4
                                                 *Attorneys for Defendant*
5                                                *THE TRIZETTO GROUP, INC.*

6      **The Stipulation is HEREBY adopted in full.**

7

...

11

12  IT IS SO ORDERED.

13      Dated:   **June 27, 2011**                      **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE
14