MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Cal. Bar No. 160648)
E-mail: rbecker@manatt.com
RONALD S. KATZ (Cal. Bar No. 085713)
E-mail: rkatz@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Cal. Bar No. 164751)
E-mail: cwanger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff
AGENCY SOLUTIONS.COM, LLC d.b.a.
HEALTHCONNECT SYSTEMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS,<br><br>  Plaintiff,<br><br>  v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>  Defendant, | Civil Action No. 11-cv-01014-AWI-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Current Hearing: July 18, 2011<br>    1:30 p.m.<br><br>Proposed Hearing: August 1, 2011<br>    1:30 p.m.<br><br>Judge: Hon. Anthony W. Ishii, Court 2 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300307535.2

STIPULATION RE: CONTINUING HEARING
CIVIL ACTION NO. 11-CV-01014-AWI-GSA

1  WHEREAS, on June 16-17, 2011, Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems (HCS) filed this action as well as a Motion for Preliminary Injunction against Defendant The TriZetto Group, Inc. (TZG) to be heard on July 18, 2011 (Dkt.# 5);

WHEREAS, on June 23, 2011, lead counsel for TZG requested to lead counsel for HCS that the July 18, 2011 preliminary injunction hearing date be move out for reasons including that they would need more time to oppose the motion and that lead counsel for TZG has another trial set to begin on July 18, 2011;

WHEREAS, on June 24, 2011, lead counsel for HCS agreed to move out the preliminary injunction hearing date to August 1, 2011 for reasons including the availability of all counsel;

WHEREAS, HCS and TZG, through counsel, further agreed that the briefing dates related to HCS's Motion for Preliminary Injunction should also be moved out accordingly;

WHEREAS, no prior request to continue this hearing has been made;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE UNDERSIGNED THAT:

1. The hearing date on Plaintiff's Motion for Preliminary Injunction, currently scheduled for July 18, 2011 at 1:30 p.m., be **continued to August 1, 1:30 p.m**.

2. TZG's Opposition (and any supporting papers) is due **no later than July 18, 2011**.

3. HCS's Reply (and any supporting papers) is due **no later than July 25, 2011**.

4. TZG shall not use the fact of this continuance in support of any argument that HCS has delayed in seeking injunctive relief.

**IT IS SO STIPULATED**

Dated:    June 24, 2011.                        MANATT, PHELPS & PHILLIPS, LLP

By:    /s/ Ronald S. Katz
      Robert D. Becker (SBN 160648)
      Ronald S. Katz (SBN 085713)
      MANATT, PHELPS & PHILLIPS, LLP
      1001 Page Mill Road, Building 2
      Palo Alto, CA  94304-1006
      Telephone: (650) 812-1300
      Facsimile:  (650) 213-0260

Christopher Wanger (SBN 164751)
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

*Attorneys for Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems*

Dated:      June 24, 2011.            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    /s/ Brian M. Daucher
       BRIAN M. DAUCHER

*Attorneys for Defendant THE TRIZETTO GROUP, INC.*

**ORDER**

IT IS SO ORDERED.

Dated:   June 27, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE