SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BRIAN M. DAUCHER, Cal. Bar No. 174212
bdaucher@sheppardmullin.com
ADRIENNE W. LEE, Cal. Bar No. 265617
alee@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:  714-513-5100
Facsimile:  714-513-5130

Attorneys for Defendant
THE TRIZETTO GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC dba HEALTHCONNECT SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>Defendant. | Case No. 11-CV-01014-AWI-GSA<br><br>**ORDER SEALING DOCUMENTS** |

Defendant The TriZetto Group, Inc. ("TriZetto") has requested an Order sealing documents, specifically, information and testimony including the unredacted versions of the following:

**(A)   Portions of the Unredacted Declaration of Jeff Hensley In Support of TriZetto's Opposition to HCS' Motion for Preliminary Injunction (highlighted in gray) (attached as Exhibit A to 7/18/11 Request to Seal);**

**(B)   Certain Exhibits to the Declaration of Jeff Hensley (attached as Exhibits 1, 3 through 9, and 11 to the 7/18/11 Request to Seal);**

**(C)   Certain Exhibits to the Declaration of Eric Grossman (attached as Exhibits 12 through 13 to the 7/18/11 Request to Seal);**

      **(D)     All Exhibits to the Declaration of Evelyn Mytyk (attached as Exhibits 15 through 26 to the 7/18/11 Request to Seal); and**

      **(E)     An Exhibit to the Declaration of Brian Daucher (attached as Exhibit 27 to the 7/18/11 Request to Seal).**

As set forth in the Notice of Request to Seal Documents and Request to Seal Documents, concurrently filed herewith, these documents contain information that the parties contend constitutes confidential information, the disclosure of which could cause substantial harm to TriZetto and/or HCS.

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 141, and the Court's inherent authority over the papers filed in this Court, that: (a) the above-identified documents are to be sealed; and (b) access to such documents be limited to the Court, its personnel, the parties, and their attorneys pending further order of this Court.

IT IS SO ORDERED.

Dated: July 22, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE