MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Cal. Bar No. 160648)
E-mail: rbecker@manatt.com
RONALD S. KATZ (Cal. Bar No. 085713)
E-mail: rkatz@manatt.com
NEIL SWARTZBERG (Cal. Bar No. 215133)
E-mail: nswartzberg@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Cal. Bar No. 164751)
E-mail: cwanger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiff
AGENCY SOLUTIONS.COM, LLC d.b.a.
HEALTHCONNECT SYSTEMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>Defendant, | Civil Action No. 11-cv-01014-AWI-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Current Hearing: August 22, 2011**<br>**1:30 p.m.**<br><br>**Proposed Hearing: August 29, 2011**<br>**1:30 p.m.**<br><br>**Judge: Hon. Anthony W. Ishii, Court 2** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300360883.1

STIPULATION RE: CONTINUING HEARING
CIVIL ACTION NO. 11-CV-01014-AWI-GSA

1   WHEREAS, on June 24, 2011, Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems (HCS) and Defendant The TriZetto Group, Inc. (TZG), through counsel, stipulated and submitted a proposed order that the hearing on HCS's Motion for Preliminary Injunction be heard on August 1, 2011 (Dkt.# 20), which stipulation and proposed order was granted by the Court on June 27, 2011 (Dkt.# 27);

WHEREAS, on July 28, 2011, this Court issued an order continuing that August 1st hearing to August 22, 2011 (Dkt.# 49);

WHEREAS, lead counsel for TZG and lead counsel for HCS will be unavailable for the August 22nd hearing;

WHEREAS, no prior requests to continue this hearing have been made – other than those indicated above;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE UNDERSIGNED THAT:

1. The hearing date on Plaintiff's Motion for Preliminary Injunction, currently scheduled for August 22, 2011 at 1:30 p.m., be **continued to August 29, 1:30 p.m**.

**IT IS SO STIPULATED**

Dated:   July 28, 2011.               MANATT, PHELPS & PHILLIPS, LLP


By:   /s/ Ronald S. Katz
      Robert D. Becker (SBN 160648)
      Ronald S. Katz (SBN 085713)
      MANATT, PHELPS & PHILLIPS, LLP
      1001 Page Mill Road, Building 2
      Palo Alto, CA  94304-1006
      Telephone: (650) 812-1300
      Facsimile:  (650) 213-0260

      Christopher Wanger (SBN 164751)
      MANATT, PHELPS & PHILLIPS, LLP
      One Embarcadero Center, 30th Floor
      San Francisco, CA  94111
      Telephone:  (415) 291-7400
      Facsimile:  (415) 291-7474

      *Attorneys for Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems*

Dated: June 28, 2011.　　　　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

　　　　　　　　　　　　　　　　　　By:   /s/ Brian M. Daucher
　　　　　　　　　　　　　　　　　　　　　BRIAN M. DAUCHER

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*THE TRIZETTO GROUP, INC.*

**ORDER**

IT IS SO ORDERED.

Dated:　July 29, 2011　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE