MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (SBN 160648)
E-mail: rbecker@manatt.com
RONALD S. KATZ (SBN 085713)
E-mail: rkatz@manatt.com
NEIL SWARTZBERG (SBN 215133)
E-mail: nswartzberg@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (SBN 164751)
E-mail: cwanger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff
AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>Defendant, | Civil Action No. 11-cv-01014-AWI-GSA<br><br>**STIPULATION AND ORDER TO PROVIDE AUGUST 29, 2011 HEARING TRANSCRIPT TO THE PARTIES' COUNSEL OF RECORD**<br><br>**Judge:** Hon. Anthony W. Ishii<br><br>**Dept.:** 2 |

1  WHEREAS, on August 29, 2011 a hearing in this case took place with the Court closing the courtroom because the Parties' claimed trade secrets and/or other confidential information was to be discussed at the hearing;

4  WHEREAS, because of such closure the transcript of that hearing has been ordered sealed;

6  WHEREAS, the Parties' counsel of record seek access to the transcript of that hearing;

7  WHEREAS, a Stipulated Protective Order governing access to confidential information has been entered in this case;

9  Plaintiff, Agency Solutions.com LLC dba Health Connect Systems, Inc., and Defendant TriZetto Group, Inc. (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate that copies of the court hearing transcript in this case from August 29, 2011 may be provided by the Court Reporter to the Parties' counsel of record.  The Parties further stipulate that the Parties shall treat that transcript as "CONFIDENTIAL – COUNSEL ONLY" in accordance with the Stipulated Protective Order (Doc. No. 25) in this case.

Dated: September 2, 2011.                    Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By:   /s/ Ronald S. Katz
   Robert D. Becker (SBN 160648)
   Ronald S. Katz (SBN 085713)
   Neil Swarzberg (SBN 215133)
   MANATT, PHELPS & PHILLIPS, LLP
   1001 Page Mill Road, Building 2
   Palo Alto, CA  94304-1006
   Telephone: (650) 812-1300
   Facsimile:  (650) 213-0260

Christopher Wanger (SBN 164751)
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

*Attorneys for Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems*

Dated: September 2, 2011.        Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON

By: /s/ Brian M. Daucher (as authorized on 9/2/11)
Brian M. Daucher (SBN 174212)
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1933
Telephone: (714) 513-5100
Facsimile: (714) 513-5130

*Attorneys for The TriZetto Group, Inc.*

**ORDER**

IT IS SO ORDERED.

Dated:   September 2, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE