MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Cal. Bar No. 160648)
E-mail:  rbecker@manatt.com
RONALD S. KATZ (Cal. Bar No. 085713)
E-mail:  rkatz@manatt.com
NEIL SWARTZBERG (Cal. Bar No. 215133)
E-mail:  nswartzberg@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Cal. Bar No. 164751)
E-mail:  cwanger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiff
AGENCY SOLUTIONS.COM, LLC d.b.a.
HEALTHCONNECT SYSTEMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS,<br><br>       Plaintiff,<br><br>  v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>       Defendant, | Civil Action No. 11-cv-01014-AWI-GSA<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISTRICT COURT PROCEEDINGS PENDING RESOLUTION OF PLAINTIFF'S APPEAL OF THIS COURT'S ORDER ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Judge:  Hon. Anthony W. Ishii, Court 2** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300803367.1

STIPULATION RE: STAY PENDING APPEAL
CIVIL ACTION NO. 11-CV-01014-AWI-GSA

1   WHEREAS, on September 13, 2011, this Court entered an Order denying Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems (HCS)'s Motion for Preliminary Injunction (Dkt.# 61, Memorandum Opinion and Order on Plaintiff's Motion for Preliminary Injunction, herein "Order on PI Motion");

WHEREAS, on October 11, 2011, HCS filed a Notice of Appeal appealing to the Ninth Circuit the Order on PI Motion (Dkt.# 65);

WHEREAS, HCS and Defendant The TriZetto Group, Inc. (TZG), agree that it is appropriate to stay proceedings in this Court pending resolution of HCS's appeal of the Order on PI Motion – provided that the dates set forth in the current Scheduling Order (Dkt.# 64) are adjusted to take into account the duration of such stay;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE UNDERSIGNED THAT:

1. All proceedings in this action in this Court are stayed, effective immediately, pending resolution of HCS's appeal of the Order on PI Motion; specifically, the stay will remain in effect until the Ninth Circuit issues its Mandate on HCS's appeal of the Order on PI Motion.

2. The dates set forth in the current Scheduling Order will be extended, upon resolution of the appeal, by approximately the same number of days that this stay remains in effect.

3. The parties shall file a joint report setting forth a new proposed schedule for this action within 14 days after the Ninth Circuit issues its Mandate on the appeal.

**IT IS SO STIPULATED**

Dated:   October 13, 2011.            MANATT, PHELPS & PHILLIPS, LLP

By:/s/ Ronald S. Katz
    Ronald S. Katz

*Attorneys for Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems*

| | | |
|---|---|---|
| 1 | Dated:       October 13, 2011. | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | By:/s/ Brian M. Daucher (as authorized on 10/13/11)<br>     BRIAN M. DAUCHER |
| 4 | | |
| 5 | | *Attorneys for Defendant*<br>*THE TRIZETTO GROUP, INC.* |

**ORDER**

IT IS SO ORDERED.

Dated:   October 14, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE