1    MANATT, PHELPS & PHILLIPS, LLP
     ROBERT D. BECKER (Cal. Bar No. 160648)
2    E-mail:  rbecker@manatt.com
     RONALD S. KATZ (Cal. Bar No. 085713)
3    E-mail:  rkatz@manatt.com
     NEIL SWARTZBERG (Cal. Bar No. 215133)
4    E-mail:  nswartzberg@manatt.com
     1001 Page Mill Road, Building 2
5    Palo Alto, CA  94304-1006
     Telephone:  (650) 812-1300
6    Facsimile:  (650) 213-0260

7    MANATT, PHELPS & PHILLIPS, LLP
     CHRISTOPHER L. WANGER (Cal. Bar No. 164751)
8    E-mail:  cwanger@manatt.com
     One Embarcadero Center, 30th Floor
9    San Francisco, CA  94111
     Telephone:  (415) 291-7400
10    Facsimile:  (415) 291-7474

11    Attorneys for Plaintiff
     AGENCY SOLUTIONS.COM, LLC d.b.a.
12    HEALTHCONNECT SYSTEMS

13           IN THE UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA

15                FRESNO DIVISION

16

17    AGENCY SOLUTIONS.COM, LLC d.b.a.
     HEALTHCONNECT SYSTEMS,

18            Plaintiff,

19

20        v.

21    THE TRIZETTO GROUP, INC.,

22            Defendant,

23

24

Civil Action No. 11-cv-01014-AWI-GSA

**STIPULATION AND [PROPOSED]
ORDER TO STAY DISTRICT
COURT PROCEEDINGS PENDING
RESOLUTION OF PLAINTIFF'S
APPEAL OF THIS COURT'S ORDER
ON MOTION FOR PRELIMINARY
INJUNCTION**

**Judge:  Hon. Anthony W. Ishii, Court 2**

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300803367.1

STIPULATION RE: STAY PENDING APPEAL
CIVIL ACTION NO. 11-CV-01014-AWI-GSA

1    WHEREAS, on September 13, 2011, this Court entered an Order denying Plaintiff

2    Agency Solutions.com, LLC d.b.a. HealthConnect Systems (HCS)'s Motion for Preliminary

3    Injunction  (Dkt.# 61, Memorandum Opinion and Order on Plaintiff's Motion for Preliminary

4    Injunction, herein "Order on PI Motion");

5    WHEREAS, on October 11, 2011, HCS filed a Notice of Appeal appealing to the Ninth

6    Circuit the Order on PI Motion (Dkt.# 65);

7    WHEREAS, HCS and Defendant The TriZetto Group, Inc. (TZG), agree that it is

8    appropriate to stay proceedings in this Court pending resolution of HCS's appeal of the Order on

9    PI Motion – provided that the dates set forth in the current Scheduling Order (Dkt.# 64) are

10   adjusted to take into account the duration of such stay;

11   NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE UNDERSIGNED THAT:

12   1.    All proceedings in this action in this Court are stayed, effective immediately,

13   pending resolution of HCS's appeal of the Order on PI Motion; specifically, the stay will

14   remain in effect until the Ninth Circuit issues its Mandate on HCS's appeal of the Order

15   on PI Motion.

16   2.    The dates set forth in the current Scheduling Order will be extended, upon

17   resolution of the appeal, by approximately the same number of days that this stay remains

18   in effect.

19   3.    The parties shall file a joint report setting forth a new proposed schedule for this

20   action  within 14 days after the Ninth Circuit issues its Mandate on the appeal.

21

22   **IT IS SO STIPULATED**

23   Dated:       October 13, 2011.          MANATT, PHELPS & PHILLIPS, LLP

24

25   By:/s/ Ronald S. Katz_____
     Ronald S. Katz

26

27   *Attorneys for Plaintiff Agency Solutions.com,*
     *LLC d.b.a. HealthConnect Systems*

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300803367.1                          1                    STIPULATION RE: STAY PENDING APPEAL
                                                          CASE NO. 11-CV-01014-AWI-GSA

1    Dated:       October 13, 2011.          SHEPPARD, MULLIN, RICHTER &
2                                            HAMPTON LLP

3                                            By:/s/ Brian M. Daucher (as authorized on 10/13/11)
                                                 BRIAN M. DAUCHER
4
                                            *Attorneys for Defendant*
5                                           *THE TRIZETTO GROUP, INC.*

6
7                                                 **ORDER**

8

9

10

11
     IT IS SO ORDERED.
12
     Dated:   October 14, 2011
13
                                            _____
14                                          CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300803367.1                              2            STIPULATION RE: STAY PENDING APPEAL
                                                      CASE NO. 11-CV-01014-AWI-GSA