IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS,<br><br>   Plaintiff,<br><br>   v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>   Defendant. | CV F 11-1014 AWI GSA<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION WITH PREJUDICE<br><br>Doc. # 77 |

   In this action by plaintiff Agency Solutions.Com, LLC dba Health Connect Systems ("Plaintiff") against defendant The TriZetto Group, Inc. ("Defendant"), Plaintiff has filed a motion to dismiss the action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  On January 3, 2012, Defendant filed a motion of non-opposition.  The court has reviewed Plaintiff's motion and the declaration of Ronald S. Katz attached thereto as well as Defendant's notice of non-opposition and finds that dismissal with prejudice is appropriate.

   THEREFORE, it is hereby ORDERED that the above-captioned action is hereby DISMISSED with Prejudice.  The Clerk of the Court shall CLOSE the CASE.
IT IS SO ORDERED.

Dated:   January 4, 2012

CHIEF UNITED STATES DISTRICT JUDGE