SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BRIAN M. DAUCHER, Cal. Bar No. 174212
bdaucher@sheppardmullin.com
ADRIENNE W. LEE, Cal. Bar No. 265617
alee@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:   714-513-5100
Facsimile:    714-513-5130

Attorneys for Defendant
THE TRIZETTO GROUP, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC dba HEALTHCONNECT SYSTEMS,<br><br>           Plaintiff,<br><br>     v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>           Defendant. | Case No. 11-CV-01014-AWI-GSA<br><br>**ORDER SEALING DOCUMENT (MOTION FOR AWARD OF ATTORNEYS' FEES)** |

Defendant The TriZetto Group, Inc. ("TriZetto") has requested an Order sealing documents, specifically, information and testimony including the unredacted version of the following:

**(A)     Appendix of Declarations and Supporting Exhibits.**

As set forth in the Notice of Request to Seal Document and Request to Seal Document, this document contains information that the parties contend constitutes confidential information, the disclosure of which could cause substantial harm to TriZetto and/or HCS.

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 141, and the Court's inherent authority over the papers filed in this Court, that: (a) the above-identified document is to be sealed; and (b) access to this document be limited to the Court, its personnel, the parties, and their attorneys pending further order of this Court.

IT IS SO ORDERED.

Dated:   January 18, 2012

CHIEF UNITED STATES DISTRICT JUDGE