IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>        Defendant, | Civil Action No. 11-cv-01014-AWI-GSA<br><br>**ORDER SEALING DOCUMENTS (OPPOSITION TO DEFENDANT'S MOTION FOR AWARD FOR ATTORNEYS' FEES)** |

Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems (HCS) has requested an Order sealing documents, specifically, information and testimony including the unredacted versions of the following:

**(A)     Preliminary Injunction August 29, 2011 Hearing Transcript;**

**(B)     HCS's Appellant's Opening Brief filed under seal in the United States Court of Appeals for the Ninth Circuit on November 8, 2011.**

As set forth in the Request to Seal Documents and Declaration of Neil Swartzberg In Support of Request to Seal Documents, concurrently filed herewith, these documents contain: (1) information that constitutes HCS's (now Ebix's) trade secrets and other highly confidential information, the confidentiality of which HCS took and takes reasonable steps to protect, and were this information to become publicly available it would cause irreparable harm; (2) TZG may consider this confidential and proprietary information; and/or (3) some of the information is information that HCS and/or TZG consider confidential pursuant to the Stipulated Protective Order entered into between the parties.

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 141, and the Court's inherent authority over the papers filed in this Court, the above-identified documents are to be sealed.

IT IS SO ORDERED.

Dated:   January 31, 2012                                  _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE