1   MANATT, PHELPS & PHILLIPS, LLP
    ROBERT D. BECKER (Cal. Bar No. 160648)
2   E-mail:  rbecker@manatt.com
    RONALD S. KATZ (Cal. Bar No. 085713)
3   E-mail:  rkatz@manatt.com
    NEIL SWARTZBERG (Cal. Bar No. 215133)
4   E-mail:  nswartzberg@manatt.com
    1001 Page Mill Road, Building 2
5   Palo Alto, CA  94304-1006
    Telephone:  (650) 812-1300
6   Facsimile:  (650) 213-0260

7   MANATT, PHELPS & PHILLIPS, LLP
    CHRISTOPHER L. WANGER (Cal. Bar No. 164751)
8   E-mail:  cwanger@manatt.com
    One Embarcadero Center, 30th Floor
9   San Francisco, CA  94111
    Telephone:  (415) 291-7400
10  Facsimile:  (415) 291-7474

11  Attorneys for Plaintiff
    AGENCY SOLUTIONS.COM, LLC d.b.a.
12  HEALTHCONNECT SYSTEMS

13              IN THE UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15                       FRESNO DIVISION

16

17  AGENCY SOLUTIONS.COM, LLC d.b.a.          Civil Action No. 11-cv-01014-AWI-BAM
    HEALTHCONNECT SYSTEMS,
18                                            **STIPULATION AND [PROPOSED]**
                    Plaintiff,               **ORDER TO DECIDE MOTION FOR**
19                                            **AWARD OF ATTORNEYS' FEES ON**
                                              **PAPERS SUBMITTED**
         v.
20                                            **Hearing Information:**
    THE TRIZETTO GROUP, INC.,                 **Date: February 27, 2012**
21                                            **Time: 1:30 p.m.**
                    Defendant,                **Location: Courtroom 2**
22
                                              **Judge:  Hon. Anthony W. Ishii**
23

24

25

26

27

28

Manatt, Phelps &
Phillips, LLP
ATTORNEYS AT LAW
PALO ALTO

301461194.3

1   WHEREAS, on January 18, 2012, The TriZetto Group ("TZG") filed a Motion For Award

2   Of Attorneys' Fees ("Motion"), which is currently set for hearing on February 27, 2012;

3   WHEREAS, on January 30, 2012, Agency Solutions.com LLC ("HCS") filed an

4   Opposition to the Motion;

5   WHEREAS, on February 17, 2012, TZG filed a Reply in support of the Motion;

6   WHEREAS, HCS and TZG, agree that, pursuant to Federal Rule of Civil Procedure Rule

7   78, and Eastern District Local Rule 230(g), the Court may decide the Motion on papers

8   submitted, without oral hearing;

9   NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE UNDERSIGNED THAT:

10  The  Motion, which is currently set for hearing on February 27, 2012, may be deemed submitted,

11  if the Court deems this proper, and the Court may decide the Motion on the papers, without oral

12  hearing.

13  **IT IS SO STIPULATED**

14  Dated:       February 21, 2012          MANATT, PHELPS & PHILLIPS, LLP

15
                                           By:/s/ Ronald S. Katz
16                                             Ronald S. Katz
                                               *Attorneys for Plaintiff Agency Solutions.com,*
17                                             *LLC d.b.a. HealthConnect Systems*

18  Dated:       February 21, 2012          SHEPPARD, MULLIN, RICHTER &
19                                           HAMPTON LLP

20                                         By:/s/ Brian M. Daucher (authorized on 2/21/2012)
                                               BRIAN M. DAUCHER
21                                             *Attorneys for Defendant*
22                                             *THE TRIZETTO GROUP, INC.*

23  Based upon the stipulation of the parties, the Court will take Defendant TZG's Motion For

24  Award Of Attorneys' Fees under submission.

25  / / /

26  / / /

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

301461194.3                     1          STIPULATION RE: DECIDING MOTION ON
                                           PAPERS
                                           CASE NO. 11-CV-01014-AWI-BAM

1

## ORDER

2

3

4    IT IS SO ORDERED.

5    Dated:   February 21, 2012                                                                

6                                                CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

301461194.3                          2                  STIPULATION RE: DECIDING MOTION ON
                                                                        PAPERS
                                                            CASE NO. 11-CV-01014-AWI-BAM