MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Cal. Bar No. 160648)
E-mail:  rbecker@manatt.com
RONALD S. KATZ (Cal. Bar No. 085713)
E-mail:  rkatz@manatt.com
NEIL SWARTZBERG (Cal. Bar No. 215133)
E-mail:  nswartzberg@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Cal. Bar No. 164751)
E-mail:  cwanger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiff
AGENCY SOLUTIONS.COM, LLC d.b.a.
HEALTHCONNECT SYSTEMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AGENCY SOLUTIONS.COM, LLC d.b.a. HEALTHCONNECT SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIZETTO GROUP, INC.,<br><br>Defendant, | Civil Action No. 11-cv-01014-AWI-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO DECIDE MOTION FOR AWARD OF ATTORNEYS' FEES ON PAPERS SUBMITTED**<br><br>**Hearing Information:**<br>**Date: February 27, 2012**<br>**Time: 1:30 p.m.**<br>**Location: Courtroom 2**<br><br>**Judge:  Hon. Anthony W. Ishii** |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

301461194.3

STIPULATION RE: DECIDING MOTION ON PAPERS
CIVIL ACTION NO. 11-CV-01014-AWI-BAM

WHEREAS, on January 18, 2012, The TriZetto Group ("TZG") filed a Motion For Award Of Attorneys' Fees ("Motion"), which is currently set for hearing on February 27, 2012;

WHEREAS, on January 30, 2012, Agency Solutions.com LLC ("HCS") filed an Opposition to the Motion;

WHEREAS, on February 17, 2012, TZG filed a Reply in support of the Motion;

WHEREAS, HCS and TZG, agree that, pursuant to Federal Rule of Civil Procedure Rule 78, and Eastern District Local Rule 230(g), the Court may decide the Motion on papers submitted, without oral hearing;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE UNDERSIGNED THAT: The Motion, which is currently set for hearing on February 27, 2012, may be deemed submitted, if the Court deems this proper, and the Court may decide the Motion on the papers, without oral hearing.

**IT IS SO STIPULATED**

Dated: February 21, 2012              MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ronald S. Katz
Ronald S. Katz
*Attorneys for Plaintiff Agency Solutions.com, LLC d.b.a. HealthConnect Systems*

Dated: February 21, 2012              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Brian M. Daucher (authorized on 2/21/2012)
BRIAN M. DAUCHER
*Attorneys for Defendant*
THE TRIZETTO GROUP, INC.

Based upon the stipulation of the parties, the Court will take Defendant TZG's Motion For Award Of Attorneys' Fees under submission.

/ / /

/ / /

**<u>ORDER</u>**

1
2
3
4  IT IS SO ORDERED.
5  Dated:   February 21, 2012                    _____
6                                                 CHIEF UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

301461194.3

2

STIPULATION RE: DECIDING MOTION ON PAPERS
CASE NO. 11-CV-01014-AWI-BAM